**UNPUBLISHED**

**UNITED STATES COURT OF APPEALS**

**FOR THE FOURTH CIRCUIT**

KENNETH M. LEMONS,
<u>Plaintiff-Appellant,</u>

v.

US AIR GROUP, INCORPORATED; JOHN ELROD, individually and in his official capacity as Reservations Manager; LONNIE HARRIGAL, individually and in her official capacity as Assistant Manager; RENA HAMRICK, individually and in her official capacity as Production Control Manager; DONNA BECK, individually and in her official capacity as Supervisor; JUDI BRYDGES, individually and in her official capacity as a Team Assistant; MARTY

HAVENS, individually and in her official capacity as a Team Assistant; L. R. WELCH, JR., individually and in his official capacity as Manager of Employee Relations; JOYCE GREENE, individually and in her official capacity as Personnel Representative; DARRYL WILES, individually and in his official capacity as Reservations Agent; TODD HAYWOOD, individually and in his official capacity as Reservations Agent; JIMMY SPEAS, individually and in his official capacity as Supervisor,
<u>Defendants-Appellees.</u>

No. 99-1241

Appeal from the United States District Court
for the Middle District of North Carolina, at Greensboro.
James A. Beaty, Jr., District Judge.
(CA-97-97-6)

Submitted: June 29, 1999

Decided: September 17, 1999

Before NIEMEYER and MICHAEL, Circuit Judges,
and BUTZNER, Senior Circuit Judge.

_____

Vacated and remanded by unpublished per curiam opinion.

_____

**COUNSEL**

Kenneth M. Lemons, Appellant Pro Se. Louis Whittier Doherty, KIL-
PATRICK STOCKTON, L.L.P., Winston-Salem, North Carolina,
Valerie Granfield Roush, Tom A. Jerman, O'MELVENY & MYERS,
L.L.P., Washington, D.C., for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit. See
Local Rule 36(c).

_____

**OPINION**

PER CURIAM:

Kenneth Lemons appeals the district court's order dismissing his
claim under the Americans with Disabilities Act ("ADA"), 42 U.S.C.
§§ 12111 - 12117 (1994). Lemons' employment with US Air was ter-
minated in 1994, and following pursuit of his administrative reme-

dies, he filed suit in the district court alleging discrimination on the basis of disability. US Air moved to dismiss, claiming that Lemons was judicially estopped from bringing a claim under the ADA because of his application for, and receipt of, disability benefits from the Social Security Administration. The district court granted the motion citing McNemar v. Disney Store, Inc., 91 F.3d 610 (3d Cir. 1996). McNemar's reasoning has since been overruled by the Supreme Court's decision in Cleveland v. Policy Management Sys. Corp., ___ U.S. ___, 1999 WL 320795 (U.S. May 24, 1999). Accordingly, we vacate the order of the district court and remand for further proceedings consistent with Cleveland.

VACATED AND REMANDED